Case 7:08-cv-00208-sgw-mfu    Document 6    Filed 03/04/2008    Page 1 of 1

# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF VIRGINIA
### ROANOKE DIVISION

CLERK'S OFFICE U.S. DIST COURT
AT ROANOKE, VA
FILED

**MAR 0 4 2008**

JOHN F. CORCORAN, CLERK
BY:
DEPUTY CLERK

| | | |
|---|---|---|
| **QUENTIN MCLEAN,** | ) | |
| **Plaintiff,** | ) | **Civil Action No. 7:08cv00208** |
| | ) | |
| **v.** | ) | **FINAL ORDER** |
| | ) | |
| **FRED SCHILLING,** | ) | **By:  Samuel G. Wilson** |
| **Defendant.** | ) | **United States District Judge** |

In accordance with the Memorandum Opinion entered this day, it is hereby **ADJUDGED**

**AND ORDERED** that McLean's complaint is hereby **DISMISSED** without prejudice pursuant to

28 U.S.C. §1915(g); his motion to proceed in forma pauperis is hereby **DENIED as MOOT**; and

this case will be **STRICKEN** from the active docket of the court.

The Clerk of the Court is directed to a send certified copy of this Order and the

accompanying Memorandum Opinion to plaintiff.

ENTER:  This _4th_ day of March, 2008

_____
United States District Judge